IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **READE WHITNEY,** | ) | |
| | ) | |
|     **Appellant,** | ) | |
| | ) | |
| v. | ) | Case No. 26-7003 |
| | ) | |
| **DC SOCCER, LLC** | ) | |
| | ) | |
|     **Appellee.** | ) | |

## APPELLANT'S STATEMENT OF ISSUES TO BE RAISED

Appellant respectfully submits the following non-binding statement of issues to be raised pursuant to the Court's order of January 21, 2026.

1.    Whether the District Court erred by granting the Second Motion to Dismiss, dismissing Appellant's Complaint.

2.    Whether the District Court erred by concluding that Appellant had not stated a defamation claim.

3.    Whether the District Court erred by concluding that the statements were protected opinions.

4.    Whether the District Court erred by concluding that the statements were opinions and not factual statements.

5.    Whether the District Court erred by concluding that the statements were not actionable opinions as they implied a provably false fact.

Dated: February 20, 2026                               Respectfully submitted,

                                              CHARNOFF SIMPSON PLLC

                                                 /s/ Mikhael D. Charnoff
                                            Mikhael D. Charnoff (#476583)
                                            111 Church Street, NW, Suite 202 A
                                            Vienna, VA 22180
                                            P:  703-291-6650
                                            mike@charnoffsimpson.com
                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 20, 2026, I caused a copy of the foregoing to be served electronically on counsel for Defendant DC Soccer, LLC, Daniel E. Farrington of Fisher & Phillips LLP, by using the CM/ECF system of the United States District Court of the District of Columbia.

                                              CHARNOFF SIMPSON PLLC

                                               /s/ Mikhael D. Charnoff
                                            Mikhael D. Charnoff (#476583)
                                            111 Church Street, NW, Suite 202 A
                                            Vienna, VA 22180
                                            P:  703-291-6650
                                            mike@charnoffsimpson.com
                                            *Counsel for Plaintiff*